■ ROSE GOODMAN, Appellant, v. PHILIP GREENBERG, Defendant. EDWARD ROTHMAN, Respondent.— In an action to recover damages for personal injuries, an order was made at Special Term granting appellant's motion for substitution of attorneys and referring to an Official Referee to hear and determine the compensation and amount of the retiring attorney's lien, the appeal is from so much of the order of the Official Referee as fixes the compensation at $1,500 and provides that the retiring attorney shall have a lien therefor on any recovery by way of trial or settlement. The retiring attorney's agreement with appellant provided that he was to receive 50% of any recovery by trial or settlement. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ In the Matter of HARRY C. BRENNER, as District Attorney of the County of Suffolk, Respondent. GREAT COVE REALTY Co., INC., et al., Appellants; REALTY ASSOCIATES, INC., et al., Respondents.— In a proceeding pursuant to section 8 of the Indian Law, Great Cove Realty Co., Inc., and Devonshire Construction Corp. appeal from so much of an order of the County Court, Suffolk County, as adjudges that appellants are intruders upon a certain portion of reservation lands of the Shinnecock Tribe of Indians and directing that a warrant issue to the sheriff commanding him to remove said intruders from said lands. The order does not determine right or title in the land. It leaves the parties who are removed from the land in question to the usual remedies to assert and establish any title to the land which they deem themselves to possess (see *People* v. *Dibble,* 16 N. Y. 203, affd. *sub nom. State of New York* v. *Dibble,* 21 How. [62 U. S.] 366). Order, insofar as appealed from, unanimously affirmed, without costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ. [207 Misc. 114.] [See *post,* p. 835.]